IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 11-cv-02437-MSK-KMT

ANDREA L. CHISHOLM, an individual,

        Plaintiff,

v.

ROCK GARDENS RAFTING, INC., a Colorado corporation;
GLENWOOD CANYON ZIP LINE ADVENTURES, INC., a Colorado corporation;
JOSEPH WAYNE MCKEEL, an individual;
JEFFREY HALE, an individual,

        Defendants.

---

**ORDER REGARDING CUSTODY OF EXHIBITS AND DEPOSITIONS USED IN EVIDENTIARY HEARINGS AND TRIALS**

---

IT IS ORDERED that, as to any exhibits and depositions used during evidentiary hearings or trials, counsel for the parties shall retrieve the originals of such exhibits and depositions from the Court following the evidentiary hearing or trial, and shall retain same for 60 days beyond the later of the time to appeal or conclusion of any appellate proceedings. The Court will retain its copy of the exhibits for the same time period after which the documents will be destroyed.

DATED this 23rd day of September, 2011.

                                      **BY THE COURT:**

                                      Marcia S. Krieger
                                      United States District Judge