IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 11-cv-02437-MSK-KMT

ANDREA L. CHISHOLM, an individual,

    Plaintiff,

v.

ROCK GARDENS RAFTING, INC., a Colorado corporation;
GLENWOOD CANYON ZIP LINE ADVENTURES, INC., a Colorado corporation;
JOSEPH WAYNE MCKEEL, an individual;
JEFFREY HALE, an individual,

    Defendants.

---

## ORDER OF RECUSAL

---

    THIS MATTER arises *sua sponte*. The undersigned finds that grounds exist pursuant to 28 U.S.C. § 455 and the CODE OF CONDUCT FOR UNITED STATES JUDGES which require her recusal in this matter. In particular, one attorney in this matter represents the undersigned in an action arising from a recent motor vehicle collision. Accordingly, it is

    **ORDERED** that the undersigned judge hereby recuses herself from hearing this matter. The Clerk shall randomly reassign this case to another judge of this Court and shall appropriately adjust the "draw" of future cases.

    DATED this 21st day of June, 2012.

                                      **BY THE COURT:**

                                      */s/ Marcia S. Krieger*

                                      Marcia S. Krieger
                                      United States District Judge