IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-02437-RPM

ANDREA L. CHISHOLM, an individual,

    Plaintiff,

v.

ROCK GARDENS RAFTING, INC., a Colorado Corporation,
GLENWOOD CANYON ZIP LINE ADVENTURES, INC., a Colorado Corporation,
ROCK GARDENS MOBILE HOME PARK & CAMPGROUND, LLC d/b/a GLENWOOD CANYON RESORT, INC., a Colorado Corporation,
JOSEPH WAYNE MCKEEL, an Individual,
JEFFREY HALE, an Individual, and
BRIAN VANDERMARK, an Individual.

    Defendants.
_____

### ORDER VACATING ORDER OF REFERENCE
_____

    Upon reassignment of this civil action and this Court's case management procedures, it is

    ORDERED that the order of reference to Magistrate Judge Kathleen M. Tafoya is vacated. It is

    FURTHER ORDERED that the December 13, 2012, pretrial conference and the deadline for submitting a proposed pretrial order are vacated

    DATED: June 28th, 2012

                               BY THE COURT:

                               s/Richard P. Matsch
                               _____
                               Richard P. Matsch, Senior Judge