IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-02437-RPM

ANDREA L. CHISHOLM, an individual,

    Plaintiff,

v.

ROCK GARDENS RAFTING, INC., a Colorado Corporation,
GLENWOOD CANYON ZIP LINE ADVENTURES, INC., a Colorado Corporation,
ROCK GARDENS MOBILE HOME PARK & CAMPGROUND, LLC d/b/a GLENWOOD
  CANYON RESORT, INC., a Colorado Corporation,
JOSEPH WAYNE MCKEEL, an Individual,
JEFFREY HALE, an Individual, and
BRIAN VANDERMARK, an Individual.

    Defendants.
_____

ORDER VACATING SCHEDULING ORDER
_____

    Upon review of the Joint Motion to Amend Scheduling Order and Extend Deadlines for Expert Discovery [44] filed July 2, 2012, it is

    ORDERED that the Scheduling Order entered December 15, 2011, is vacated.

    DATED:   July 31st, 2012

                          BY THE COURT:

                          s/Richard P. Matsch
                          _____
                          Richard P. Matsch, Senior Judge