IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-02437-RPM

ANDREA L. CHISHOLM, an individual,

    Plaintiff,
v.

ROCK GARDENS RAFTING, INC., a Colorado Corporation,
GLENWOOD CANYON ZIP LINE ADVENTURES, INC., a Colorado Corporation,
ROCK GARDENS MOBILE HOME PARK & CAMPGROUND, LLC d/b/a GLENWOOD
  CANYON RESORT, INC., a Colorado Corporation,
JOSEPH WAYNE MCKEEL, an Individual,
JEFFREY HALE, an Individual, and
BRIAN VANDERMARK, an Individual.

    Defendants.
_____

ORDER FOR DISMISSAL OF DEFENDANTS ROCK GARDENS RAFTING, INC.;
GLENWOOD CANYON ZIP LINE ADVENTURES INC.; ROCK GARDENS MOBILE
HOME PARK & CAMPGROUND, LLC d/b/a GLENWOOD CANYON RESORT; AND
JEFFREY HALE
_____

Pursuant to the stipulation for dismissal with prejudice filed September 19, 2012, [49], it is

ORDERED that the complaint against Defendants Rock Gardens Rafting, Inc.; Glenwood Canyon Zip Line Adventures, Inc.; Rock Gardens Mobile Home Park & Campground, LLC d/b/a Glenwood Canyon Resort, Inc.; and Jeffrey Hale is dismissed with prejudice.

DATED: September 20th, 2012

                            BY THE COURT:

                            s/Richard P. Matsch
                            _____
                            Richard P. Matsch, Senior Judge