IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-02437-RPM

ANDREA L. CHISHOLM, an individual,

    Plaintiff,

v.

JOSEPH WAYNE MCKEEL, an Individual, and
BRIAN VANDERMARK, an Individual,

    Defendants.

_____

ORDER OF DISMISSAL AS TO DEFENDANTS JOSEPH WAYNE MCKEEL AND BRIAN VANDERMARK
_____

Upon review of the Clerk's record and it appearing that at the scheduling conference on December 15, 2011, before Magistrate Judge Kathleen Tafoya, counsel informed that defendant Joseph Wayne McKeel was deceased and it also appearing that there has been no return of service on the defendant Brian Vandermark, it is

ORDERED that this civil action is dismissed as to defendants Joseph Wayne McKeel and Brian Vandermark.

DATED:   September 20th, 2012

                BY THE COURT:

                s/Richard P. Matsch
                _____
                Richard P. Matsch, Senior Judge